| | |
|---|---|
| **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**<br>1345 Avenue of the Americas<br>New York, New York 10105<br>Telephone: (212) 603-6300<br>Facsimile: (212) 956-2164<br>**Robert R. Leinwand** | Hearing Date: July 15, 2009<br>at 10:30 a.m. |

*Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:                                                                     :     Chapter 11
                                                                                  :
**CHAMPION MOTOR GROUP, INC.**,                    :     Case No.: 09-71979 (AST)
                                                                                  :
                          Debtor.                                      :
                                                                                  :
------------------------------------------------------------ X

# NOTICE OF MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 FOR FINAL FINANCING ORDER (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING; (II) MODIFYING THE <u>AUTOMATIC STAY, AND (III) GRANTING RELATED RELIEF</u>

**PLEASE TAKE NOTICE** that upon the above captioned debtor's Motion for Entry of an Order pursuant to 11 U.S.S. §§ 105, 361, 362, 363 and 364 for final financing order (i) authorizing debtor to obtain post-petition financing; (ii) modifying the automatic stay, and (iii) granting related relief dated June 30, 2009 (the "Motion"), the debtor and debtor in possession herein, **Champion Motor Group, Inc.** ( the" Debtor"), by its attorneys, **Robinson Brog Leinwand Greene Genovese & Gluck P.C.**, will move before the **Honorable Alan S. Trust, United States Bankruptcy Judge**, at the United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on July 15,

**2009 at 10:30 a.m.** ("Hearing Date"), or as soon thereafter as counsel can be heard, for the entry of an Order granting the Motion and for such other relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the relief sought in the Motion must be in writing, setting forth the facts and authorities upon which an objection is based, and must be filed with the **Clerk of the Court, United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722**, with a copy to Chambers, provided, however, that pursuant to *general order* No. 462 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted with Adobe Acrobat, rider 3.0), at http://www.nyeb.uscourts.gov, and served so as to be received by (i) **Robinson Brog Leinwand Greene Genovese & Gluck P.C., 1345 Avenue of the Americas, New York, New York 10105, Attn: Robert R. Leinwand, Esq.**, attorneys for the Debtor, (ii) **Olshan Grundman Frome Rosenzweig & Wolosky LLP, Park Avenue Tower,** 65 East 55th Street. New York, NY 10022, Attn: Michael S Fox, Esq, attorneys for Champion Rescue LLC and (iii) the **Office of the United States Trustee, Eastern District of New York, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, Attention Stan Yang, Esq.**, no later than **three (3)** days prior to the Hearing Date.

DATED:  New York, New York
          June 30, 2009

        **ROBINSON BROG LEINWAND GREENE**
          **GENOVESE & GLUCK P.C.**
        **Attorneys for the Debtor**
        1345 Avenue of the Americas
        New York, New York  10105
        Tel:  (212) 603-6300

        By:/s/ Robert R. Leinwand
          **Robert R. Leinwand**