UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:      Chapter 11

**CHAMPION MOTOR GROUP, INC.,**     Case No.: 08-09-71979 (AST)

                Debtor.
-----------------------------------------------------------X     **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                          ss.:
COUNTY OF NEW YORK )

        **Tina Fogel,** being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in N.Y., N.Y.

2. On the **23rd** day of **July, 2009** I served prior to 6:00 P.M. *(1) ORDER SHORTENING TIME PERIOD FOR NOTICE, LIMITING NOTICE, SETTING EXPEDITED HEARING, AND ESTABLISHING PROCEDURES FOR HEARING, (2) APPLICATION FOR ORDER SHORTENING TIME PERIOD FOR HEARING ON APPROVAL OF COMPROMISE PURSUANT TO RULE 9019 AND VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7041, and (3) APPLICATION FOR AN ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AUTHORIZING THE DEBTOR TO SETTLE AND COMPROMISE CLAIMS AND VOLUNTARILY DISMISSING ADVERSARY PROCEEDING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7041 via FEDERAL EXPRESS OVERNIGHT MAIL or other appropriate OVERNIGHT MAIL* upon:

*ALL PARTIES ON THE ANNEXED SERVICE LIST*

3. I further served the above 3 documents *VIA ELECTRONIC EMAIL* upon:

*WILLIAM J. BARRETT, ESQ.*
*BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP*
*200 WEST MADISON STREET*
*SUITE 3900*
*CHICAGO, IL 60606*
*WILLIAM.BARRETT@BFKN.COM*

*JENNIFER HALL, ESQ.*
*WEINSTEIN SMITH LLP*
*420 LEXINGTON AVENUE, SUITE 2620*
*NEW YORK, NEW YORK 10170*
*JHALL@WEINSTEINSMITH.COM*

443669

*JONATHAN D. FORSTOT*
*CHRISTOPHER LYNCH*
*SONNENSCHEIN NATH & ROSENTHAL, LLP*
*2 WORLD FINANCIAL CTR.*
*NEW YORK, NY 10281*
*DHALL@SONNENSCHEIN.COM*

*JANICE B. GRUBIN, ESQ.*
*DRINKER BIDDLE & REATH LLP*
*140 BROADWAY, 39TH FLOOR*
*NEW YORK, NY 10005-1116*
*JANICE.GRUBIN@DBR.COM*

*STANLEY YANG, ESQ.*
*OFFICE OF U.S. TRUSTEE*
*EASTERN DISTRICT NY.*
*560 FEDERAL PLAZA*
*CENTRAL ISLIP, NY 11722*
*STAN.Y.YANG@USDOJ.GOV*

*EDWARD J. LOBELLO, ESQ.*
*MEYER SUOZZI ENGLISH & KLEIN, P.C.*
*990 STEWART AVENUE, SUITE 300  P.O. BOX 9194*
*GARDEN CITY, NY 11530-9194*
*ELOBELLO@MSEK.COM*

*DAVID WILTENBERG, ESQ.*
*VILIA HAYES, ESQ.*
*HUGHES HUBBARD & REED*
*ONE BATTERY PARK PLAZA*
*NEW YORK,NY 10004*
*HAYES@HUGHESHUBBARD.COM*

*THOMAS A. DRAGHI, ESQ.*
*MICKEE M. HENNESSY, ESQ.*
*WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP*
*170 OLD COUNTRY ROAD,  SUITE 400*
*MINEOLA, NEW YORK 11501*
*TDRAGHI@WESTERMANLLP.COM*

/s/Tina Fogel
**TINA FOGEL**

Sworn to before me this
23rd day of **July, 2009**

/s/ Robert M. Sasloff
Notary Public, State of New York
No. 31-4966401
Qualified in New York County
Commission Expires 5-7-2010

443669

## 20 LARGEST LIST – VIA FEDERAL EXPRESS

| | | | | |
|---|---|---|---|---|
| JOHN DAVID LUCE<br>3144 CASEEKEY ISLAND<br>JUPITER, FL 33477 | FEDERAL EXPRESS<br>P.O. BOX 371451<br>PITTSBURGH, PA 15250 | AUTABUY<br>P.O. BOX 822<br>SIOUX FALLS, SD<br>57101-0822 | HERTZ<br>145 WEST JOHN ST.<br>HICKSVILLE, NY 11804 | CRAIN COMMUNICATIONS<br>P.O. BOX 79001<br>DETROIT, MI 48279-5842 |
| GREAT PHONE NUMBERS<br>300 WHEELER ROAD, SUITE 102<br>HAUPPAUGE, NY 11788 | AUTOTRADER<br>P.O. BOX 932207<br>ATLANTA, GA 31193-2207 | THE TIRE RACK WHOLESALE<br>7101 VORDEN PARKWAY<br>SOUTH BEND, IN 46628 | BK ENGINEERING<br>826 SUFFOLK AVE.<br>BRENTWOOD, NY 11717 | WALDNER'S BUSINESS ENVIRONMENTS<br>125 ROUTE 110<br>FARMINGDALE, NEW YORK 11735 |
| HARDING STEEL<br>730 17TH STREET<br>SUITE 650<br>DENVER, CO 80202 | DUPONT PUBLISHING<br>3051 TECH DRIVE<br>ST. PETERSBURG, FL 33716 | FINISHLINE COLLISION<br>18 RAILROAD AVENUE<br>VALLEY STREAM, NY 11580 | PLYCON VAN LINES<br>280 INDIAN HEAD ROAD<br>KINGS PARK, NEW YORK 11754 | ROSENBLATT KIMAN LEVITAN<br>1700 JERICHO TRNPK<br>NEW HYDE PARK, NY 11040 |
| LAMBORGHINI<br>596 BOSTON POST RD.<br>WESTON, MA 02493 | MORITT HOCK HAMROFF & HOROWITZ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530 | FORCHELLI CURTO & SCHWARTZ<br>330 OLD COUNTRY ROAD, SUITE 301<br>MINEOLA, NY 11501 | DUKE 83 LLC<br>3144 CASEEKEY ISLAND<br>JUPITER ISLAND, FLORIDA 33477 | ALL POINTS CAPITAL CORP.<br>265 BROADHOLLOW RD.<br>MELVILLE, NY 11747 |
| SAGECREST LLC<br>THEE PICKWICK PLAZA<br>GREENWICH, CT 06830 | ED M. ROSS<br>ROSENBERG CALICA & BIRNEY LLP<br>100 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530 | JOHN MARCIANO<br>8 CHESTNUT HILL COURT<br>UPPER BROOKVILLE, NY 11545 | BANK OF AMERICA<br>P.O. BOX 65585<br>CHARLOTTE, NC 28265 | WACHOVIA BANK DEALER FINANCIAL SERVICES<br>P.O. BOX 530554<br>ATLANTA, GA 30353-0554 |
| | | | | |

443669