# DrinkerBiddle&Reath
### LLP

Janice B. Grubin
212-248-3154 Direct
212-248-3141 Fax
janice.grubin@dbr.com

*Law Offices*

140 Broadway
39TH Floor
New York, NY
10005-1116

212-248-3140 phone
212-248-3141 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

September 10, 2009

**VIA ECF**

Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Long Island Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722-4437

> Re: **In re Champion Motor Group, Inc., Chapter 11 Case No. 09-B-71979 (AST)**

Dear Judge Trust:

As the Court is aware, this firm represents John Marciano in the above-referenced case.

In accordance with Your Honor's instructions at the August 26 status conference, we write to apprise the Court concerning our client's intentions as to the enforcement of stock rights/ stock powers against the debtor or any non-debtor, currently scheduled for hearing on September 29, 2009 (the "Hearing"), pursuant to the Order Granting Relief From The Automatic Stay Pursuant To 11 U.S.C. 362(d), dated August 13, 2009.

At this time, we are still evaluating our client's options. Accordingly, we will be seeking an adjournment of the Hearing shortly. We are hopeful that we can work with the parties in interest to present a consensual adjournment request to the Court and, if not, we will proceed by motion.

Respectfully submitted,

Janice B. Grubin

JBG:ema
cc: Janice Alwin, Esq. (via e-mail)
    Michael S. Fox, Esq. (via e-mail)
    Robert R. Leinwand, Esq. (via e-mail)
    Edward J. LoBello, Esq. (via e-mail)
    Jordana Nadritch, Esq. (via e-mail)
    Fred B. Ringel, Esq. (via e-mail)
    Stan Yang, Esq. (via e-mail)

NY01/ 7139024.1

*Established 1849*