IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

In re:                          :    Chapter 11
CHAMPION MOTOR GROUP, INC.,     :    Case No. 8-09-71979 (AST)
            Debtor.             :

PUBLICATION NOTICE

PLEASE TAKE NOTICE that Champion Motor Group, Inc., is a party to an Asset Purchase Agreement ("APA") for the sale of substantially all of its assets, including, but not limited to cash, accounts receivable, inventories, intellectual property and goodwill, to Champion Funding, LLC. The sale is subject to higher and better offers and subject to Bankruptcy Court approval.

Any party who wishes to receive the APA and the Order of Bidding Procedures ("Order"), may contact Robert Leinwand, Esq. ("Counsel") (rrl@robinsonbrog.com) at 212-603-6309, of Robinson Brog Leinwand Green Genovese & Gluck, P.C., 1345 Avenue of the Americas, 31st Floor, New York, New York 10105, or visit the Bankruptcy Court website: www.nyeb.uscourts.gov.

All bids shall be delivered to Counsel in conformity with the Order, so it is to be received no later than 12 Noon (Eastern Time) on January 19, 2010.

STATE OF TEXAS           )
                              )   ss:
CITY AND COUNTY OF DALLAS)

I, <u>Erin Ostenson</u>, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of <u>THE WALL STREET JOURNAL</u> (Eastern Edition), a daily national newspaper published and of general circulation in the New York and New England Regions, Washington/ Baltimore, Southern, South Atlantic, and Florida Regions (Eastern Edition) and that the attached Notice has been regularly published in <u>THE WALL STREET JOURNAL</u> (Eastern Edition) <u>one</u> insertion(s), on the following date(s): <u>December 23 & 30, 2009</u> advertiser: <u>Champion Motor Group, Inc.</u>, and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

_____

Sworn to before me this

7th day of January, 2010

_____
          Notary Public



ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012