# AFFIDAVITS

## IN THE MATTER
OF: Champion Motor Group

## STATE OF NEW YORK:

ss:

## COUNTY OF NEW YORK:

I, Tim Hart, being duly sworn, hereby certify that (a) I am the Vice President - Financial Advertising of FT Publications, Inc., Publisher of the FINANCIAL TIMES, a daily newspaper published and of general circulation in the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in the WORLDWIDE EDITIONS OF THE FINANCIAL TIMES on the 23rd DAY OF DECEMBER.

**TIM HART VICE-PRESIDENT OF ADVERTISING -FINANCIAL ADVERTISING:**

## SWORN TO BEFORE ME THIS:

Hope Kaye

**NOTARY PUBLIC**

HOPE KAYE
Notary Public, State of New York
No. 31-4944197
Qualified in New York County
Commission Expires ..........

# AFFIDAVITS

## IN THE MATTER OF: Champion Motor Group

**STATE OF NEW YORK:**

ss:

**COUNTY OF NEW YORK:**

I, Tim Hart, being duly sworn, hereby certify that (a) I am the Vice President - Financial Advertising of FT Publications, Inc., Publisher of the FINANCIAL TIMES, a daily newspaper published and of general circulation in the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in the WORLDWIDE EDITIONS OF THE FINANCIAL TIMES on the 30TH DAY OF DECEMBER.

**TIM HART VICE-PRESIDENT OF ADVERTISING -FINANCIAL ADVERTISING:**

**SWORN TO BEFORE ME THIS:**

Hope Kaye

**NOTARY PUBLIC**

HOPE KAYE
Notary Public, State of New York
No. 31-4944197
Qualified in New York County
Commission Expires ..............

the UK, who do not require a US visa, must now provide advance information on their travel plans. Others are issued visas by US embassies abroad administered by the state department. Incoming foreigners must give a full set of fingerprints and be photographed – but that is after their flight has landed.

search", according to privacy advocates.

The June bill also covers advanced self-defence training for flight crews and the deployment of sniffer dogs. A TSA public-private partnership to speed up security queues by creating special lanes for travellers willing to pay to have their biometric details on file hit a setback this year when the

intrusive questioning. Passengers who turn out to pose no risk may be held for hours for questioning or full body searches. Israeli authorities deny they use ethnic profiling, although anecdotal evidence is that security personnel are more alert to the potential threat from non-white and non-Jewish travellers.

**Harvey Morris**

est unemployment, a lack of resources and mismanagement of resources [and] there's corruption," said Mustafa Alani, a security analyst at the Gulf Research Centre.

"The question here is the security challenge compared to economic challenge – you cannot tackle one without the other."

Social and economic pressures combine to create "pretty fertile ground [for] recruitment", said one diplomat.

Anthony Cordesman, a Middle East expert at the Center for Strategic and International Studies, said Mr Saleh was facing "virtual economic collapse" and "demographic pressures".

Consequently, the president's ability "to juggle all the various elements and maintain control has declined sharply".

## ed up US agenda

a move. But Richard Fontaine, a senior fellow at the Center for a New American Security think-tank in Washington, also believes it is unnecessary.

"After 9/11, the US had to invade Afghanistan because it faced a Taliban government that was totally hostile to America and with whom no deals could be done," he says. "In Yemen you have a weak govern-

> 'The reality is you need significant stepping up of economic co-operation'

ent led by President Ali Abdullah Saleh with an array of problems. But you have the possibility of partnering that government to face down al-Qaeda militants."

Boosting such a partnership is certain to be a key goal for the US. Washington already gives security and intelligence support to Mr Saleh's government – and may have provided such

help for two air strikes conducted by Yemeni forces on December 17 and 24.

However, such co-operation might only go so far, amid signs that Mr Saleh's government is not as determined to take on al-Qaeda as Washington would like. "There's a problem of will and a problem of capacity," says Mr Fontaine.

The next few weeks are almost certain to see European Union governments pressing the US to take a different tack: focusing on trying to boost the economic and political conditions in Yemen in order to ensure that it does not become a breeding ground for jihadism.

European diplomats believe that no matter what is achieved on the security front in the short-term, Yemen's long-term economic problems guarantee that it could become a failed state over time. Its petroleum output will fall to zero by 2017 and its water resources are running dry, according to analysts. Meanwhile, Yemen's population will double by 2035.



**President Saleh faces an array of problems**

### TERROR SPECIAL

More reports, comment and analysis on the global terror threat, plus special FT investigation into the evolution of the al-Qaeda network
www.ft.com/terror

**Legal Notices**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

In re: 
CHAMPION MOTOR GROUP, INC.,
Debtor.

Chapter 11
Case No. 8-09-71979 (AST)

**PUBLICATION NOTICE**

PLEASE TAKE NOTICE that Champion Motor Group, Inc., is a party to an Asset Purchase Agreement ("APA") for the sale of substantially all of its assets, including, but not limited to cash, accounts receivable, inventories, intellectual property and goodwill, to Champion Funding, LLC. The sale is subject to higher and better offers and subject to Bankruptcy Court approval.

Any party who wishes to receive the APA and the Order of Bidding Procedures ("Order"), may contact Robert Leinwand, Esq. ("Counsel") (rrl@robinsonbrog.com) at 212-603-6309, of Robinson Brog Leinwand Green Genovese & Gluck, P.C., 1345 Avenue of the Americas, 31st Floor, New York, New York 10105, or visit the Bankruptcy Court website: www.nyeb.uscourts.gov.

All bids shall be delivered to Counsel in conformity with the Order, so it is to be received no later than 12 Noon (Eastern Time) on January 19, 2010.