UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**CHAMPION MOTOR GROUP, INC.,**<br><br>                        Debtor. | Chapter 11<br><br>Case No. 08:09-71979 (AST) |

**ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY
TO TERMINATE AND SURRENDER AGREEMENTS WITH
AUTOMOBILE MANUFACTURERS AND RELATED RELIEF**

**Upon** consideration of the motion dated January 21, 2010 (the "Motion") of **Champion Motor Group, Inc.**, debtor and debtor in possession the captioned case (the "Debtor"), for entry of an order, pursuant to 11 U.S.C. §§105, 363(b), and 365(a) and Federal Rules of Bankruptcy Procedure 6006, 9006, and 9014, (i) authorizing the Debtor to terminate and surrender its right, title, and interest in dealer agreements with certain automobile manufacturers and enter into documents necessary to effectuate such termination and surrender, and (ii) granting related relief; and the Court having jurisdiction to consider the Motion and relief requested therein pursuant to 28 U.S.C. §§157(b)(2) and 1334; and consideration of the Motion, the relief requested therein, and no objections being filed, and it being a core proceeding in accordance with 28 U.S.C. §157(b)(2); and the Court being fully advised of the premises and finding good cause for the requested relief; it is

      **ORDERED**, that the Motion is granted as set out herein; and it is further

      **ORDERED**, that, conditioned upon closing of the sale contemplated by this Court's Amended Sale Order dated February 1, 2010 [Docket No. 222], the Debtor is authorized to take such action and execute such documents and instruments as may be necessary to

surrender and terminate the existing dealer agreement with Lamborghini, including any and all preceding and subsequent agreements therewith, and release and discharge any all claims and causes of action of the Debtor arising thereunder, with the sole exception of any and all claims and causes of action that may arise under applicable products liability law, provided however that such surrender and termination of the existing dealer agreement with Lamborghini shall only become effective upon closing of the sale contemplated by this Court's Amended Sale Order dated February 1, 2010 [Docket No. 222].



**Dated: February 3, 2010**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**